IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LAURA SEIDL, derivatively on behalf of the Nominal defendant with respect to its series mutual fund, the American Century Ultra Fund, ) ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No. 10-4152-CV-W-GAF |
| AMERICAN CENTURY COMPANIES, INC., et al., ) ) ) ) | |
| Defendants ) | |

## ORDER GRANTING UNOPPOSED MOTION FOR STAY

Now pending before the Court is Defendants' and Nominal Defendant's Unopposed Motion for Stay of all proceedings in this litigation. For good cause shown, it is

ORDERED that the above referenced case is stayed until February 18, 2011, or until a response is provided to Plaintiff with respect to her demand, whichever is earlier, with the parties to confer and report to the Court on any proposed further proceedings in the litigation within thirty (30) days of the termination of the stay.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: October 19, 2010