IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| LAURA SEIDL, derivatively on behalf of the Nominal defendant with respect to its series mutual fund, the American Century Ultra Fund,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN CENTURY COMPANIES, INC., AMERICAN CENTURY INVESTMENT MANAGEMENT, INC., JAMES E. STOWERS, JR., JAMES E. STOWERS, III, JONATHAN S. THOMAS, THOMAS A. BROWN, ANDREA C. HALL, DONALD H. PRATT, GALE E. SAYERS, M. JEANNINE STRANDJORD, TIMOTHY S.WEBSTER, WILLIAM M. LYONS, MARK MALLON, WADE SLOME, BRUCE WIMBERLY, JERRY SULLIVAN and BILL MONROE,<br><br>Defendants,<br><br>AMERICAN CENTURY MUTUAL FUNDS, INC., doing business as AMERICAN CENTURY ULTRA FUND,<br><br>Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 10-4152-CV-W-GAF |

### INSTITUTIONAL DEFENDANTS' MOTION TO DISMISS
### PLAINTIFF'S FIRST AMENDED VERIFIED DERIVATIVE COMPLAINT
### AND SUGGESTIONS IN SUPPORT

Pursuant to Fed R. Civ. P. 12(b)(6), Defendants American Century Companies, Inc. ("ACC"), American Century Investment Management, Inc. ("ACIM"), James E. Stowers, Jr., James E. Stowers, III, Jonathan S. Thomas, William M. Lyons, Mark Mallon, Wade Slome, Bruce Wimberly, Jerry Sullivan, and Bill Monroe (together, "Institutional Defendants"),

1

respectfully request that the Court dismiss Plaintiff's First Amended Verified Derivative Complaint ("First Amended Complaint") with prejudice.

## SUGGESTIONS

As explained in more detail in the Independent Directors' Suggestions in Support of Motion to Dismiss Plaintiff's First Amended Verified Class Action Complaint ("Independent Directors' Motion"), Plaintiff's claims fail[1] because she has failed to allege facts establishing wrongful refusal of demand. Plaintiff has failed to allege facts establishing that the Special Litigation Committee (1) failed to act independently, (2) failed to act in good faith, or (3) failed to conduct a reasonable investigation that reached a reasonable conclusion. Plaintiff's claims against defendant Monroe and for breach of contract should also be dismissed because they were encompassed by the recommendation of the Special Litigation Committee and because Plaintiff is precluded from bringing such claims under the doctrines of claim preclusion and issue preclusion. The Institutional Defendants also join the Independent Directors' Motion in all respects and incorporate their arguments fully by reference.

Dated: September 30, 2011                                   Respectfully submitted,

---

[1] In addition to this action, Plaintiff's counsel has filed virtually identical complaints in multiple jurisdictions across the country, many of which have already been dismissed with prejudice. *See Seidl v. American Century Cos., Inc.*, 713 F. Supp. 2d 249 (S.D.N.Y. 2010) (granting motion to dismiss with prejudice), *aff'd*, 427 Fed. App'x 35 (2d Cir. 2011), *petition for cert. filed*, No. 11-339 (U.S. Sep. 16, 2011); *McBrearty v. Vanguard Group, Inc.*, No. 08-cv-7650, 2009 WL 875220 (S.D.N.Y. April 2, 2009) (same), *aff'd* 353 F. App'x 640 (2d Cir. 2009), *cert. denied*, 130 S. Ct. 3411 (2010); *Wodka v. Causeway Capital Mgmt. LLC*, No. 09-cv-02625 (C.D. Cal. April 15, 2009) (order dismissing action with prejudice), *aff'd* No. 09-56733, 2011 WL 1837698 (9th Cir. May 16, 2011), *petition for cert. filed*, No. 11-372 (U.S. Sep. 22, 2011); *Gamoran v. Neuberger Berman Mgmt., LLC*, No. 10 Civ. 6234 (S.D.N.Y. May 11, 2011) (order dismissing action without prejudice); *Hartsel v. Vanguard Group, Inc.*, No. 5394-VCP, 2011 WL 2421003 (Del. Ch. June 15, 2011) (dismissing action with prejudice); *see also Gomes v. American Century Cos., Inc.*, No. 10-cv-00083-SOW (W.D. Mo. filed Jan. 27, 2010); *Gamoran v. Neuberger Berman LLC*, No. 11-cv-00751 (D. Del. filed Aug. 25, 2011).

BRYAN CAVE LLP


By: /s/ W. Perry Brandt
    W. Perry Brandt  MO Bar. #28292
    1200 Main Street, Suite 3500
    Kansas City, MO 64105
    (816) 374-3200
    (816) 374-3300 (Fax)
    perry.brandt@bryancave.com

    Attorneys for Defendants American Century Companies, Inc., American Century Investment Management, Inc., James E. Stowers, Jr., James E. Stowers, III, Jonathan S. Thomas, William M. Lyons, Mark Mallon, Wade Slome, Bruce Wimberly, Jerry Sullivan, and Bill Monroe

        And

    Gordon C. Atkinson
    COOLEY LLP
    (*pro hac vice*)
    101 California Street, 5th Floor
    San Francisco, CA  94111-5800

    Additional Attorneys for Defendants American Century Companies, Inc., American Century Investment Management, Inc., James E. Stowers, Jr., James E. Stowers, III, Jonathan S. Thomas, William M. Lyons, Mark Mallon, Wade Slome, Bruce Wimberly, Jerry Sullivan, and Bill Monroe

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of September, 2011, the foregoing was electronically filed using the CM/ECF system, which will send a notice of electronic filing to the below-listed recipients:

John Wagner
Gregory P. Erthal
Simmons Browder Gianaris
Angelides & Barnerd LLC
707 Berkshire Boulevard
East Alton, IL 62024

Thomas I. Sheridan, III
Andrea Bierstein
Hanly Conroy Bierstein Sheridan
Fisher & Hayes, LLP
1120 Madison Ave.
New York, NY 10016-7416

Attorneys for Plaintiff

          /W. Perry Brandt
          Attorney for Defendants and
          Nominal Defendant