IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| LAURA SEIDL, derivatively on behalf of the Nominal defendant with respect to its series mutual fund, the American Century Ultra Fund, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 10-4152-CV-W-GAF |
| AMERICAN CENTURY COMPANIES, INC., AMERICAN CENTURY INVESTMENT MANAGEMENT, INC., JAMES E. STOWERS, JR., JAMES E. STOWERS, III, JONATHAN S. THOMAS, THOMAS A. BROWN, ANDREA C. HALL, DONALD H. PRATT, GALE E. SAYERS, M. JEANNINE STRANDJORD, TIMOTHY S. WEBSTER, WILLIAM M. LYONS, MARK MALLON, WADE SLOME, BRUCE WIMBERLY, JERRY SULLIVAN and BILL MONROE, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| AMERICAN CENTURY MUTUAL FUNDS, INC., doing business as AMERICAN CENTURY ULTRA FUND, | ) ) ) ) | |
| Nominal Defendant. | ) | |

## AMENDED MOTION TO DISMISS PLAINTIFF'S
## FIRST AMENDED VERIFIED DERIVATIVE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Thomas A. Brown, Andrea C. Hall, Donald H. Pratt, Gale E. Sayers, M. Jeannine Strandjord, and Timothy S. Webster and nominal defendant American Century Mutual Funds, Inc. ("ACMF"), doing business as American Century Ultra Fund (hereinafter "Defendants"), respectfully move this Court to dismiss Plaintiff's First Amended Verified Derivative Complaint with prejudice, and for any other relief the Court deems just and proper.

In support of this Amended Motion, Defendants state that, based on the conclusion of an independent Special Litigation Committee ("SLC") that pursuing Plaintiff's claims would not be in the best interests of ACMF or its shareholders, ACMF's board of directors rejected Plaintiff's demand. That business judgment is supported in detail by the SLC report, upon which the Amended Complaint relies, and the Court should defer to that business judgment. Moreover, Plaintiff has failed to allege facts sufficient to establish that her demand was wrongfully refused. Suggestions in Support of this Amended Motion are filed herewith and are incorporated by reference.

Dated: December 1, 2011

Respectfully submitted,

BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP

By: /s/ Kurt D. Williams
Kurt D. Williams MO Bar # 36957
Nick J. Kurt MO Bar # 52216
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone: 816-627-0215
Facsimile: 816-561-1888
Email: kwilliams@berkowitzoliver.com

And

Steuart H. Thomsen (*pro hac vice*)
SUTHERLAND ASBILL &
BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202-383-0166
Facsimile: 202-637-3593
Email: steuart.thomsen@sutherland.com

Attorneys for Defendants Thomas A. Brown, Andrea C. Hall, Donald H. Pratt, Gale E. Sayers, M. Jeannine Strandjord, Timothy S. Webster, and Nominal Defendant American Century Mutual Funds, Inc., doing business as American Century Ultra Fund