IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LAURA SEIDL | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 10-4152-CV-W-SOW |
| | ) |
| AMERICAN CENTURY COMPANIES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The Court has considered the letter submissions of the parties and, for good cause, show orders as follows:

1. Plaintiff has until January 25, 2013, to serve the document requests enclosed with her December 12, 2012, correspondence to the Court upon Defendants and the Special Litigation Committee (SLC). Plaintiff may serve the requests upon Defendants and the SLC by electronic mail to their respective counsel.

2. Defendants and the SLC have until February 28, 2013, to provide written responses to Plaintiff's requests and, having reserved their rights to do so, to make any objections thereto. Defendants and the SLC have until March 28, 2013, to produce responsive documents not subject to any objection.

3. Counsel for Plaintiff, Defendants, and the SLC shall confer and attempt to resolve any disputes regarding the responses, objections, or production. To the extent that they are unsuccessful in resolving any such dispute, they may ask the Court to resolve the dispute.

4.	Plaintiff, Defendants, and the SLC may agree to reasonable extensions of the deadlines set forth above.

5.	Plaintiff, Defendants, and the SLC reserve their rights as to any other discovery that Plaintiff may propose beyond the document requests that are the subject of this Order.

/s/ Scott O. Wright<br>
SCOTT O. WRIGHT<br>
Senior United States District Judge

DATED: January 14, 2013

-2-

Case 4:10-cv-04152-SOW   Document 64   Filed 01/14/13   Page 2 of 2