IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LAURA SEIDL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 10-4152-CV-W-SOW |
| | ) |
| AMERICAN CENTURY COMPANIES, | ) |
| INC., et al., | ) |
| | ) |
| Defendants. | ) |

**SCHEDULING ORDER**

**NOTICE TO ALL COUNSEL: A COURTESY COPY OF (1) ALL DOCUMENTS FILED ELECTRONICALLY WHICH EXCEED TEN PAGES IN LENGTH AND/OR (2) ANY EXHIBITS WHICH ARE TO BE MAINTAINED IN PAPER FORM ONLY IN THE CLERK OF COURT'S OFFICE MUST BE MAILED OR DELIVERED TO JUDGE WRIGHT'S CHAMBERS WITHIN THREE DAYS OF ELECTRONIC FILING.**

The Court hereby establishes the following deadlines in this matter. The parties are advised that these deadlines are to be followed absent an Order from the Court modifying any deadlines. It is hereby

ORDERED that plaintiff is granted leave to take depositions of these additional witnesses:

Individual James A. Olson

Individual John R. Whitten

Rule 30(b)(6) deposition of Nominal Defendant American Century Mutual Funds, Inc. ("ACMF") on the topics and issues relating to "whether the SLC was independent, acted in good faith, and followed reasonable procedures" in recommending the rejection of plaintiff's demand as set forth in *Boland v. Boland*, 31 A.3d 529 (Md. 2011). Nothing shall preclude ACMF from

designating Mr. Olson or Mr. Whitten to testify on some or all of such topics, in which case the Rule 30(b)(6) testimony of such individual shall be taken in the same deposition as the individual testimony. It is further

ORDERED that all such depositions shall be limited to topics and issues relevant to determining "whether the SLC was independent, acted in good faith, and followed reasonable procedures" as set forth in *Boland v. Boland*, 31 A.3d 529 (Md. 2011) in recommending the rejection of plaintiff's demand. It is further

ORDERED that such depositions shall be completed on or before **December 13, 2013**. It is further

ORDERED that all motions, including dispositive motions but excluding motions in limine, shall be filed by **February 21, 2014**. Oppositions shall be filed on or before **March 24, 2014**. Replies shall be filed on or before **April 7, 2014**. Suggestions in support or in opposition to any motion shall be no longer than fifteen (l5) double-spaced typewritten pages, exclusive of a statement of facts. The statement of facts shall be set forth in concise, separately numbered paragraphs with reference to the record. Reply suggestions shall be limited to ten (l0) pages. Longer documents may be filed only in special circumstances after leave of the Court is granted. The parties are directed to Local Rule 56.1 for further information regarding dispositive motion practice. It is further

ORDERED that the parties shall submit a proposed order in conjunction with all non-dispositive motions filed for such things as extensions of time and protective orders. Such proposed orders shall be e-mailed in Word format to the Courtroom Deputy, Kelly McIlvain, at: Kelly_McIlvain@mow.uscourts.gov. It is further

ORDERED that since the undersigned no longer presides over trials, this matter will be set for trial after any dispositive motions have been resolved. If neither party intends to file a dispositive motion, then the parties should inform the Court that no such motions will be filed and request a trial date. It is further

ORDERED that parties may consent to trial by a United States Magistrate. A consent form may be obtained from the Clerk's Office. It is further

**ORDERED that any questions about this Scheduling Order or the procedures to be followed when practicing in this division should be directed to the Courtroom Deputy, Kelly McIlvain, at (816) 512-5744**. It is further

**ORDERED THAT FAILURE TO COMPLY WITH ANY PART OF THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

<pre>                                        /s/ Scott O. Wright
                                        SCOTT O. WRIGHT
                                        Senior U.S. District Judge</pre>

DATED: October 15, 2013