IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LAURA SEIDL, derivatively on behalf of the nominal defendant with respect to its series mutual fund, the American Century Ultra Fund, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 10-4152-CV-W-ODS<br>) |
| AMERICAN CENTURY COMPANIES, INC., et al., | )<br>)<br>) |
| Defendants, | )<br>) |
| and | )<br>) |
| AMERICAN CENTURY MUTUAL FUNDS, INC., d/b/a American Century Ultra Fund, | )<br>)<br>)<br>) |
| Nominal Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

\_\_\_   Jury Verdict.   This action came before the Court for a trial by jury.

X   Decision by Court.   This action came to trial or hearing before the Court.

   The issues have been determined and a decision has been made.

   IT IS ORDERED AND ADJUDGED that pursuant to the Orders [Doc. 121 and 122] entered by the Honorable Ortrie D. Smith on July 2, 2014, Plaintiff's Motion for Summary Judgment [105] is denied and Defendants' Motion for Summary Judgment [107] is granted. Defendants' Motion to Strike [93] is moot.

| | |
|---|---|
| Date: July 2, 2014 | ANN THOMPSON<br>Clerk of Court |
| | s/ RENEA MATTHES<br>By: Renea Matthes, Courtroom Deputy |