IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LAURA SEIDL, derivatively on behalf of the Nominal Defendant with respect to its series mutual fund, the American Century Ultra Fund,<br><br>        Plaintiff,<br>vs.<br><br>AMERICAN CENTURY COMPANIES, INC.; AMERICAN CENTURY INVESTMENT MANAGEMENT, INC.; JAMES E. STOWERS, JR.; JAMES E. STOWERS, III; JONATHAN S. THOMAS; THOMAS A. BROWN; ANDREA C. HALL; DONALD H. PRATT; GALE E. SAYERS; M. JEANNINE STRANDJORD; TIMOTHY S. WEBSTER; WILLIAM M. LYONS; MARK MELLON, WADE SLOME, BRUCE WIMBERLY and JERRY SULLIVAN,<br><br>        Defendants,<br>  and<br><br>AMERICAN CENTURY MUTUAL FUNDS, INC., DOING BUSINESS AS AMERICAN CENTURY ULTRA FUND,<br><br>        Nominal Defendant. | Case No. 10-4152-CV-ODS<br><br>**NOTICE OF APPEAL** |

**NOTICE** is hereby given that Laura Seidl, derivatively on behalf Nominal Defendant American Century Mutual Funds, Inc., d/b/a American Century Ultra Fund, hereby appeals to the United States Court of Appeals for the Eighth Circuit, from each and every part of the Judgment entered herein on July 2, 2014 [Doc. No. 123] and from each and every judgment, decision, opinion and order upon which it is based.

Dated: New York, New York
    July 30, 2014

/s/ Thomas I. Sheridan, III_____
Thomas I. Sheridan, III (*pro hac vice*)
Sarah S. Burns (MO Bar Number 56554)
SIMMONS HANLY CONROY
112 Madison Avenue
New York, New York 10016
Ph:     (212) 784-6404
Fax:    (212) 213-5949
tsheridan@simmonsfirm.com

*Attorney for Appellant*