# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 31, 2014

Mr. Thomas Ignatius Sheridan III
HANLY & CONROY
112 Madison Avenue
New York, NY  10016-7416

RE:  14-2796  Laura Seidl v. American Century Companies Inc, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

DMW

Enclosure(s)

cc:    Mr. Gordon C. Atkinson
       Mr. William Perry Brandt
       Ms. Sarah S. Burns
       Mr. Gregory P. Erthal
       Mr. Nicomedes S. Herrera
       Mr. Benjamin Kleine
       Mr. Nick Joseph Kurt
       Ms. Ann Thompson
       Mr. Steuart Hill Thomsen
       Mr. John P. Wagner
       Mr. Kurt D. Williams

District Court/Agency Case Number(s): 4:10-cv-04152-ODS

**Caption For Case Number: 14-2796**

Laura Seidl, derivatively on behalf of the nominal defendant with respect to the American Century Ultra Fund

    Plaintiff - Appellant

v.

American Century Companies, Inc.; American Century Investment Management, Inc.; James E. Stowers, Jr.; James E. Stowers, III; Jonathan S. Thomas; Thomas A. Brown; PH.D. Andrea C. Hall; Donald H. Pratt; Gale E. Sayers; M. Jeannine Strandjord; Timothy S. Webster; William M. Lyons; Mark Mallon; Wade Slome; Bruce Wimberly; Jerry Sullivan; American Century Mutual Funds, Inc., doing business as American Century Ultra Fund

    Defendants - Appellees

**Addresses For Case Participants:   14-2796**

Mr. Thomas Ignatius Sheridan III
HANLY & CONROY
112 Madison Avenue
New York, NY  10016-7416

Mr. Gordon C. Atkinson
COOLEY, LLP
5th Floor
101 California Street
San Francisco, CA  94111

Mr. William Perry Brandt
BRYAN & CAVE
3500 One Kansas City Place
1200 Main Street
Kansas City, MO  64105-0000

Ms. Sarah S. Burns
Mr. Gregory P. Erthal
Mr. John P. Wagner
SIMMONS & HANLY
One Court Street
Alton, IL  62002

Mr. Nicomedes S. Herrera
7th Floor
112 Madison Avenue
New York, NY  10016

Mr. Benjamin Kleine
COOLEY, LLP
5th Floor
101 California Street
San Francisco, CA  94111

Mr. Nick Joseph Kurt
Mr. Kurt D. Williams
BERKOWITZ & OLIVER
Suite 1200
2600 Grand Boulevard
Kansas City, MO  64108

Ms. Ann Thompson
U.S. DISTRICT COURT- Western Missouri
Western District of Missouri Clerk's Office
Room 1510
400 E. Ninth Street
Kansas City, MO  64106-0000

Mr. Steuart Hill Thomsen
SUTHERLAND & ASBILL
Suite 700
700 Sixth Street, N.W.
Washington, DC  20001-3980